IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| v. | * | CR. NO. 2:05CR131-A |
| | * | |
| **WILLIE JAMES BOSWELL,** | * | |
| **TINKIEWON LASHUA BERRY,** | * | |
| **And UWANA FABIUM ROBINSON** | * | |
| | * | |

### NOTICE OF APPEARANCE

Comes now the undersigned counsel and enters his appearance in this cause as Counsel for Defendant, TINKIEWON LASHUA BERRY.

Respectfully submitted this 9th day of June 2005.

/s/ Zachary T. Collins
_____
ZACHARY T COLLINS

**OF COUNSEL:**
ZACHARY T COLLINS, ATTORNEY AT LAW, LLC
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104
Phone:  334.263.5575
Fax:      334.263.5569

### CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing was served upon A. Clark Morris, Assistant United States Attorney, P.O. Box 197, Montgomery, Alabama 36101 this 9th day of June 2005.

The above instrument was served via:
( ) personal service
( ) first class mail
( ) certified mail, return receipt requested
( ) facsimile
( ) overnight courier

/s/ Zachary T. Collins
_____
Of Counsel