COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

DATE: 6-9-2005

☒ INITIAL APPEARANCE
☐ BOND HEARING
☐ DETENTION HEARING      Digital Recording 3:47 to 4:08 pm
☐ PRELIMINARY (EXAMINATION) (HEARING)
☐ REMOVAL HEARING (R.40)
☒ ARRAIGNMENT

PRESIDING MAG. JUDGE: DRB          DEPUTY CLERK: sql
CASE NO. 2:05cr131-A              DEFT. NAME: Tinkiewon LaShua BERRY
AUSA: Miner                       DEFT. ATTY: Zachary Collins
                                  Type Counsel: ( )Retained; (~~Panel CJA~~) Waived; ( ) CDO
PTSO: Thweatt                     Zachary
USPO: _____

Defendant _____ does ___✓___ does NOT need an interpreter
Interpreter present ___✓___ NO _____ YES  Name: _____

☒ Date of Arrest 6-7-05 or ☐ Arrest Rule 40
☒ Deft. First Appearance. Advised of rights/charges. ☐Prob/Sup Rel Violator
☒ Deft. First Appearance with Counsel
☐ Deft. First Appearance without Counsel
☐ Requests appointed Counsel
☐ Financial Affidavit executed ☐ to be obtained by PTSO
☐ ORDER appointing Community Defender Organization
☐ Panel Attorney Appointed; ☐to be appointed - prepare voucher
☒ Deft. Advises he will retain counsel. Has retained Zack Collins
☐ ☐Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
   ☐ Government's WRITTEN motion for Detention Hearing filed
☐ Detention Hearing ☐held; ☐ set for _____ at _____
☐ ORDER OF TEMPORARY DETENTION PENDING HEARING entered
☐ ORDER OF DETENTION PENDING TRIAL entered
☒ Release order entered. Deft advised of conditions of release
☒ BOND EXECUTED (M/D AL charges) $25,000. Deft released
☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
☐ Bond not executed. Deft to remain in Marshal's custody
☐ Deft. ORDERED REMOVED to originating district
☐ Waiver of ☐preliminary hearing; ☐ Waiver of Rule 40 Hearing
☐ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
☒ ARRAIGNMENT ☒ HELD. Plea of NOT GUILTY entered. ☐Set for _____
   DISCOVERY DISCLOSURE DATE: 6-14-05
☒ NOTICE to retained Criminal Defense Attorney handed to counsel
☐ Identity/Removal Hearing set for _____
☐ Waiver of Speedy Trial Act Rights executed