| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 8/8/05 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 11:17 - 11:33 |

## PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE. DELORES R. BOYD** | **DEPUTY CLERK:** Wanda A. Robinson |
| **CASE NUMBER:** 2:05cr131-A | **DEFENDANT(S):** Willie James Boswell<br>Tinkiewon Lashus Berry<br>Uwana Fabuim Robinson |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| A. Clark Morris | * * * * * | Jachary Collins<br>Kevin Butler<br>Benjamin Pool |

☐ **DISCOVERY STATUS:** No Problem

☐ **PENDING MOTION STATUS:** Defendant Uwana Robinson may file a motion for one week extension of Pretrial motion deadline
Defendant Boswell - Motion to Sever; Gov's Response due 9/9/05
3 Discovery Motions; Gov's Response due 9/9/05
M/Suppress; Deft Supporting Memo due 9/9/05
Gov.'s Response due 9/16/05
Evidentiary Hearing 9/27/05 @ 1:30

☐ **PLEA STATUS:** Robinson and Berry Possible Plea

☐ **TRIAL STATUS** 3 days for trial

☐ **REMARKS:** Court allowed 30 days to resolve case