COURTROOM DEPUTY'S MINUTES  DATE: 11/28/2005
MIDDLE DISTRICT OF ALABAMA  DIGITAL RECORDING: 11:59am — 12:16pm
                            COURT REPORTER: Risa Entrekin

☐ ARRAIGNMENT         ☒ CHANGE OF PLEA        ☐ CONSENT PLEA
☐ RULE 44(c) HEARING  ☐ SENTENCING

PRESIDING MAG. JUDGE: DRB      DEPUTY CLERK: sql
CASE NUMBER: 2:05cr131-A:02    DEFENDANT NAME: Tinkiewon Lashua BERRY
AUSA: Morris                   DEFENDANT ATTORNEY: Zach Collins
                               Type counsel ( )Waived; (✓)Retained; ( )CJA; ( )FPD
                               ( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO:
Interpreter present? (✓)NO; ( )YES   Name:

☐ This is defendant's FIRST APPEARANCE.
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
PLEA:   ☐ Not Guilty
        ☒ Guilty as to:
            ☒ Count(s): 1
            ☐ Count(s):          ☐ dismissed on oral motion of USA
                                 ☐ to be dismissed at sentencing
☒ Written plea agreement filed   ☐ ORDERED SEALED
☒ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts  1  .
☐ CRIMINAL TERM:         ☐ WAIVER OF SPEEDY TRIAL filed.
                  DISCOVERY DISCLOSURE DATE:
☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
            ☐ Trial on _____; ☐ Sentencing on _____
☒ ORDER: Defendant remanded to custody of U. S. Marshal for:
            ☐ Trial on _____; or ☒ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
                    ☐ Defendant requests time to secure new counsel