IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CRIM. NO. 2:05cr131-A |
| WILLIE JAMES BOSWELL,    ) | |
| TINKIEWON LASHUA BERRY,    ) | |
| and UWANA FABIUM ROBINSON    ) | |
| ) | |

O R D E R

Upon consideration of the Motion to Strike heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that Forfeiture Allegation 1 and 2 are hereby stricken.

DONE this ____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE