IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )
            v.                )    CRIM. NO. 2:05cr131-A
WILLIE JAMES BOSWELL,         )
TINKIEWON LASHUA BERRY,       )
and UWANA FABIUM ROBINSON     )
                              )

O R D E R

Upon consideration of the Motion to Strike heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that Forfeiture Allegation 1 and 2 are hereby stricken.

DONE this 20th day of December, 2005.

UNITED STATES DISTRICT JUDGE