IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| PLAINTIFF, | * |
| V. | * CASE NO. <u>CR. NO. 2:05cr131-A-2.</u> |
| TINKIEWON LASHUA BERRY, | * |
| DEFENDANT. | * |

### NOTICE OF APPEARANCE OF DEFENDANT'S COUNSEL

COMES NOW KEITH AUSBORN, Attorney at Law, serving notice upon this HONORABLE COURT that he has agreed to represent the above named Defendant; TINKIEWON LASHUA BERRY, for the "LIMITED" Purpose of "TRIAL LEVEL – SENTENCING PROCEEDINGS", and respectfully request that the HONORABLE ZACKARY T. COLLINS be allowed to **WITHDRAW**; with the Undersigned Counsel serving **NOTICE** of his "APPEARANCE" in replace of Withdrawing Counsel. For the record, said Successor Counsel and Defendant have discussed and agreed to the fact that said Successor's Counsel's Representation must be confined to the "TRIAL LEVEL" **ONLY**, in that Successor Counsel is **NOT** admitted to practice before the "ELEVENTH (11TH) CIRCUIT COURT OF APPEALS".

RESPECTFULLY SUBMITTED this ____ day of _____, 2006.

_____
ATTORNEY KEITH AUSBORN
DEFENDANT'S COUNSEL (AUS010)

**ATTORNEY KEITH AUSBORN – "LITIGATOR"**
**D/B/A "LAW OFFFICE OF ATTORNEY KEITH AUSBORN"**
**1224 RYAN STREET**
**MONTGOMERY, ALABAMA 36107**
**(334) 264-9333 (WK ), (334) 264-9339 (FAX)**

2006 JAN 27 A 7:02

FILED

## CERTIFICATE OF SERVICE

I, **ATTORNEY KEITH AUSBORN,** hereby certify that I have **SERVED** a copy of the foregoing upon the **"HONORABLE A. CLARK MORRIS; HONORABLE ZACHARY T. COLLINS; HONORABLE DOUG MATHIS & MR. TINKIEWON LASHUA BERRY"**, on this the _____ day of _____, 2006, via **"U. S. MAIL – REGULAR DELIVERY/FACSIMILE; U. S. MAIL – REGULAR DELIVERY/FACSIMILE U. S. MAIL – REGULAR DELIVERY/FACSIMILE & U. S. MAIL - REGULAR DELIVERY"**.

                                                          ATTORNEY KEITH AUSBORN
                                                          DEFENDANT'S COUNSEL (AUS010)