IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| v. | *   CR. NO. 2:05CR131-A |
| | * |
| WILLIE JAMES BOSWELL, | * |
| TINKIEWON LASHUA BERRY, | * |
| And UWANA FABIUM ROBINSON | * |
| | * |

**MOTION GRANTED**
**SO ORDERED**
THIS ___ DAY OF _____, 20 06
_____
UNITED STATES DISTRICT JUDGE

### MOTION TO WITHDRAW

Comes now the undersigned counsel and files with this Honorable Court his Motion to Withdraw as Counsel for Defendant, TINKIEWON LASHUA BERRY, and for reasons therefore states the following:

1. That counsel for the Defendant entered his Notice of Appearance in this cause on or about June 9, 2005.

2. That since his entry into the case, the Defendant has had considerable difficulty with contacting the client in an attempt to prepare his defense.

3. However, Counsel was able to assist Defendant with negotiating a plea deal to which he entered a plea of guilty before this Honorable Court.

4. Apparently, the Defendant has lost all confidence in his counsel of record and has retained the Honorable Keith Ausborn to assist him with the sentencing phase of his case.

5. Attorney Ausborn has filed with this Honorable Court his Notice of Appearance and requested that counsel be allowed to withdraw from representation of the Defendant.

**WHEREFORE, PREMISES CONSIDERED**, counsel respectfully requests your honor to allow him to withdraw as attorney of record in this cause.

Respectfully submitted this 1st day of February, 2006.

/s/ Zachary T. Collins