DEFENDANT: TINKIEWON LASHUA BERRY
CASE NUMBER: 2:05cr131-WHA-002

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**33 months.**

X The court makes the following recommendations to the Bureau of Prisons:

The court recommends that the Defendant be designated to an institute where drug counseling and treatment are available.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

**RETURN**

I have executed this judgment as follows:

DEFENDANT DELIVERED/SURRENDERED ON 6/28/06 TO FPC PENSAGOLA, FL THE INSTITUTION _____ BY THE ATTORNEY GENERAL, WITH A _____ OF THIS JUDGEMENT IN A CRIMINAL _____

Donald Baulnecht  Warden
BY _____

Defendant delivered on 6/15/06 to Jackson Co. Jail
at Marianna, Florida , with a certified copy of this judgment.

Jesse Seroyer Jr.
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

(Stamps: RECEIVED US MARSHALS SERVICE MIDDLE ALABAMA; RETURNED AND FILED JUL 7 2006 CLERK U.S. DISTRICT COURT MIDDLE DIST. OF ALA.)